UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                  :

DENNIS J. OURY                    :         Misc.  09-339(NLH)

An Attorney-at-Law                :         ORDER TO SHOW
                                            CAUSE

It appearing by Order of the Supreme Court of New Jersey that DENNIS J. OURY was temporarily suspended from the practice of law until further order of the court;

It is on this 8th day of July, 2010,

ORDERED that DENNIS J. OURY show cause on August 2, 2010, why he should not be temporarily suspended from the practice of law before this Court until further order of the Court.

Should a respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge