UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of : | |
| DENNIS J. OURY : | Misc. 09-339 (NLH) |
| An Attorney-at-Law : | **CONSENT ORDER** |

DENNIS J. OURY of, HACKENSACK, NEW JERSEY, having tendered his consent to the Supreme Court of New Jersey to a temporary suspension as an attorney at law of the State of New Jersey, and good cause appearing

IT IS on this 30th day of July, 2010,

ORDERED, that DENNIS J. OURY is hereby restrained and enjoined from practicing law before this Court during the period he remains temporarily suspended with the Supreme Court of New Jersey, and until further Order of this Court.

_____
Noel L. Hillman, U.S. District Judge

I hereby consent to the form and
entry of the within order.

_____
Dennis J. Oury